# In the United States Court of Federal Claims

No. 13-367 C

(Filed October 8, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
EUGENE BLEDSOE,                    *
                                   *
            Plaintiffs,            *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
* * * * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On October 7, 2013, defendant filed an Unopposed Motion for an Enlargement of Time of twenty-one days, to and including November 8, 2013, within which to respond to plaintiff's complaint.  Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge
